IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01242-AP

EDWARD C. REN,

    Plaintiff,

v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Teresa H. Abbott, 27192
Teresa H. Abbott, P.C.,
Attorney for Plaintiff
3515 S. Tamarac Drive, Suite 200
Denver, CO 80237
(303) 757-5000
(303) 689-9627 (fax)
abbott.teresa@gmail.com

For Defendant:

Troy Eid
United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-2149
Fax: (303) 844-0770
allan.berger@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- A. **Date Complaint Was Filed: 6/10/08**
- B. **Date Complaint Was Served on U.S. Attorney's Office: 6/23/08**
- C. **Date Answer and Administrative Record Were Filed: 8/19/08 (Answer), 8/20/08 (Administrative Record).**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**The parties state to the best of their knowledge that the record appears to be complete.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**The parties state that no additional evidence is anticipated.**.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**The parties state that this case does not involve unusual claims or defenses.**

**7. OTHER MATTERS**

**The parties state to the best of their knowledge, there are no other matters.**

**8. BRIEFING SCHEDULE**

- A. **Plaintiff's Opening Brief Due: 10/09/08**
- B. **Defendant's Response Brief Due: 11/10/08**
- C. **Plaintiff's Reply Brief Due: 11/25/08**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

- A. **Plaintiff's Statement:** Oral Argument is not requested.
- B. **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>8th</u> day of <u>September</u>, 2008.

                                      BY THE COURT:

                                      <u>S/John L. Kane</u>
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Teresa H. Abbott<br>Teresa H. Abbott, 27192<br>Teresa H. Abbott, P.C.,<br>Attorney for Plaintiff<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>(303) 689-9627 (fax)<br>abbott.teresa@gmail.com | Troy Eid<br>UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ ALLAN D. BERGER 9/8/08<br>By: ALLAN D. BERGER<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br><br>Attorneys for Defendant |